IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MUSCO SPORTS LIGHTING, LLC,<br><br>                            Plaintiff,<br><br>            v.<br><br>STEPHEN WILEY AND SITECO LIGHTING US, INC.,<br><br>                            Defendants. | No. 3:24-cv-00875 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IN FURTHER SUPPORT OF THEIR OPPOSITION TO MUSCO SPORTS LIGHTING, LLC'S <u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

      The defendants, Stephen Wiley and Siteco Lighting US, Inc., by counsel, hereby move the Court for leave to file a sur-reply brief in further support of their Opposition to Musco Sports Lighting, LLC's Motion for a Preliminary Injunction.

      A memorandum in support of this motion is filed herewith.

Dated: January 28, 2025

Respectfully submitted,

<u>/s/ *Timothy B. Hyland*</u>
Timothy B. Hyland (Virginia Bar No. 31163)
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:   (703) 956-3566
Fax:   (703) 935-0349
Email: thyland@hylandpllc.com

-and-

L. Reid Skibell (*pro hac vice*)
Jonathan H. Friedman (*pro hac vice*)
George L. Santiago (*pro hac vice*)
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
T: 212-970-1600
rskibell@glennagre.com
jfriedman@glennagre.com
gsantiago@glennagre.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of January, 2025, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of this document and the NEF to the following by email:

> Olivia Houston (VSB #95824)
> Edward Scheideman (*pro hac vice* forthcoming)
> Sergio Valente (*pro hac vice* forthcoming)
> DLA Piper LLP (US)
> 500 8th Street, N.W.
> Washington, D.C. 20004
> (202) 799-4253
> olivia.houston@us.dlapiper.com
> edward.scheideman@us.dlapiper.com
> sergio.valente@us.dlapiper.com
>
> Micala Bernardo (*pro hac vice* forthcoming)
> 1900 N. Peart St. Suite 2200
> Dallas, TX 75201
> (214) 743-4561
> micala.bernardo@us.dlapiper.com

>> /s/ *Timothy B. Hyland*
>> Timothy B. Hyland (Virginia Bar No. 31163)
>> HYLAND LAW PLLC
>> 1818 Library Street, Suite 500
>> Reston, VA  20190
>> Tel.:   (703) 956-3566
>> Fax:   (703) 935-0349
>> Email: thyland@hylandpllc.com